# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

## CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FILIPE JEAN MENDOZA-SORZANO,<br><br>Defendant. | ORDER ADOPTING AND AFFIRMING REPORT AND RECOMMENDATION<br><br>Case No. 2:09CR315DAK |

This case was assigned to United States District Court Judge Dale A. Kimball, who then referred it to United States Magistrate Judge Robert T. Braithwaite under 28 U.S.C. § 636(b)(1)(B). On May 3, 2010, Magistrate Judge Braithwaite issued a Report and Recommendation, concluding that Defendant's Motion to Suppress should be denied.

The Report and Recommendation notified Plaintiff that any objection to the Report and Recommendation was required to be filed within ten days of receiving it. On May 17, 2010, Magistrate Judge Braithwaite granted Defendant additional time to file objections to the Report and Recommendation. The extended time for filing an objection has passed, and Plaintiff has not filed an objection to the Report and Recommendation.

Since the passing of the deadline for objections to be filed, the court has reviewed the file *de novo*. The court fully agrees with the analysis contained in Magistrate Judge Braithwaite's Report and Recommendation. Therefore, the court affirms and adopts the Report and Recommendation in its entirety. Accordingly, Defendant's Motion to Suppress is DENIED.

DATED this 15th day of July, 2010.

       BY THE COURT:

       _____
       DALE A. KIMBALL
       United States District Judge